FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 APR -3  AM 10: 04

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GENERAL GEORGE SMALLS, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. CV412-58 |
| AL ST. LAWRENCE, | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections were filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Petitioner's § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

Defendant's "Motion Requesting All Paperwork and Files be Forwarded to the 11th Circuit Court" (Doc. 7) is also **DISMISSED AS MOOT**. The Court does not construe Petitioner's motion as a notice of appeal because at the time of its filing, there had been no order entered by this Court to appeal. Petitioner should be aware, however, that this does not preclude him from filing a notice of appeal incident to this current order.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in certain matters unless the Court issues a certificate of appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds no issues in this case that merit a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 3RD day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2